Case 1:24-mj-00348-MAU    Document 1-1    Filed

Case: 1:24-mj-00348
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 10/30/2024
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On October 30, 2024, at approximately 3:00 a.m., agents and task force officers with the Federal Bureau of Investigation (FBI), pursuant to a federal search warrant, searched the residence of Robert SPRIGGS, DOB: Xxx x, xxxx, PDID: xxxxxx, at xx X$^{th}$ Xxxxxx, XX, Xxxxxxxx Xx, Washington, DC.

As agents approached the door, SPRIGGS opened it and let them in. Upon entry, agents observed a loose round of unknown caliber ammunition on the floor of the living room. SPRIGGS was in the residence. No one else was present.

FBI asked SPRIGGS if there were any firearms in the apartment. SPRIGGS stated that there was a firearm in the kitchen drawer. From the kitchen drawer, FBI recovered one Springfield XD 10mm pistol, bearing S/N: BB226103, which was fully loaded with one round in the chamber, and one .45 Kahr arms pistol, bearing S/N: SE0587. From the kitchen drawer, FBI also recovered loose, .45 caliber ammunition.

From a bag on the floor of a bedroom closet, FBI recovered one AK Style Draco pistol (Model PAPM85NB, 5.56x45 caliber), assorted ammunition, one handgun magazine, one 30 round magazine (for the Draco with an unknown amount of ammunition), and one drum magazine (also for the Draco). FBI asked SPRIGGS if there were any more guns in the apartment and SPRIGGS acknowledged that there was one in the closet that he thought was a rifle.

FBI asked if SPRIGGS was on probation or parole and SPRIGGS replied that he was not. FBI then asked SPRIGGS if he was a felon and SPRIGGS replied that he was. SPRIGGS stated that he was the only resident of the apartment and that he paid $1,000 per month in rent.

Photos of the firearms and identifying documents belonging to SPRIGGS that were found in the residence are below:







A query of SPRIGGS's criminal history revealed that he previously pleaded guilty to a crime punishable by a term of imprisonment of one year or more. Specifically, SPRIGGS pleaded guilty in the District of Columbia Superior Court for Carrying a Pistol Without a License - Outside Home/Business (CPWL) in case number 2011 CF2 001658.

In addition, on October 30, 2024, during an interview with law enforcement following the search, and after being read his Miranda rights and acknowledging them in writing, SPRIGGS acknowledged that he possessed the firearms in question—claiming that he found them in a dumpster. During the interview, he also admitted that was a felon, that he was not supposed to have a firearm, that he had previously been convicted of CPWL, and that, although he was sentenced to 9 months of incarceration with 9 months suspended when he pled to that offense in 2011, he knew that he faced a potential sentence of incarceration for more than a year for that offense.

Therefore, at the time SPRIGGS possessed the firearms seized from his residence, he had been convicted of a crime punishable by imprisonment of a term exceeding one year and had knowledge of that fact.  In addition, firearms and ammunition are not manufactured in the District of Columbia; therefore, the firearms and ammunition seized from his residence traveled in interstate or foreign commerce.

Based on the foregoing, your affiant submits that probable cause exists to charge SPRIGGS with violations of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

_____
SPECIAL AGENT DAVID ELIAS
FEDERAL BUREAU OF INVESTIGATION


SWORN AND SUBSCRIBED BEFORE ME ON THE __30th__ DAY OF OCTOBER, 2024.


_____
MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE